IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT WOOD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JINNIU INVESTMENT LLC.,<br><br>　　　　Defendant. | Case No.: 3:19-cv-05489-RBL<br><br>**NOTICE OF DISMISSAL PURSUANT TO RULE 41** |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Robert Wood and his counsel hereby give notice that the above-captioned action is voluntarily dismissed with prejudice pursuant to a settlement agreement between the parties. Defendant has not served either an answer or a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

//

//

//

NOTICE OF DISMISSAL PURSUANT
TO RULE 41 - Page 1 of 3

Case NO. 2:19-cv-00477-RSM

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558

1 | DATED THIS 28th day of June, 2019

2 | Respectfully submitted,

3 | **WASHINGTON CIVIL AND DISABILITY ADVOCATE**

4 |

5 | *s/ Michael Terasaki*
Michael Terasaki, WSBA# 51923
4115 Roosevelt Way NE, Suite B
6 | Seattle, WA 98105
terasaki@wacda.com
7 | (206) 971-1124

NOTICE OF DISMISSAL PURSUANT TO RULE 41 - Page 2 of 3

Case NO. 2:19-cv-00477-RSM

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to all parties of record.

s/ Michael Terasaki
Michael Terasaki
*Attorney for Plaintiff*

NOTICE OF DISMISSAL PURSUANT TO RULE 41 - Page 3 of 3

Case NO. 2:19-cv-00477-RSM

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558