```
                    FILED        LODGED
                                 RECEIVED

                    JUL -1 2019

              CLERK U.S. DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON AT TACOMA
          BY                                DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT WOOD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JINNIU INVESTMENT LLC.,<br><br>　　　　Defendant. | Case No.: 3:19-cv-05489-RBL<br><br>**NOTICE OF DISMISSAL PURSUANT TO RULE 41** |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Robert Wood and his counsel hereby give notice that the above-captioned action is voluntarily dismissed with prejudice pursuant to a settlement agreement between the parties. Defendant has not served either an answer or a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

//
//
//

1 | DATED THIS 28th day of June, 2019

Respectfully submitted,

**WASHINGTON CIVIL AND DISABILITY ADVOCATE**

*s/ Michael Terasaki*
Michael Terasaki, WSBA# 51923
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
terasaki@wacda.com
(206) 971-1124

IT IS SO ORDERED THIS 1st DAY OF July, 2019

[signature]

UNITED STATES DISTRICT COURT JUDGE

NOTICE OF DISMISSAL PURSUANT TO RULE 41 - Page 2 of 3

Case NO. 2:19-cv-00477-RSM

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558